

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE:   TELETRAC, INC., | § | |
| | | No. 08-13-00063-CV |
| Relator. | § | |
| | | AN ORIGINAL PROCCEDING |
| | § | |
| | | IN MANDAMUS |
| | § | |
| | § | |
| | § | |

### <u>MEMORANDUM OPINION</u>

Pending before the Court is Relator's motion to dismiss its petition for writ of mandamus. Relator represents that it has conferred with the Real Party in Interest on the merits of the motion to dismiss, the Real Party in Interest agrees with the relief requested, and that the motion to dismiss is presented as an agreed motion. Relator states that the parties have reached a settlement in the underlying case and requests this Court enter an order dismissing the petition for writ of mandamus. *See* TEX. R. APP. P. 42.1(a)(2).

Having considered Relator's motion to dismiss, we conclude that the motion should be granted. We therefore dismiss the petition for writ of mandamus.

GUADALUPE RIVERA, Justice

July 24, 2013

Before McClure, C.J., Rivera, and Rodriguez, JJ.